**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRED D. EVANS,

                            Plaintiff,

                **ORDER**

        - against -

                CV 04-0015 (DRH) (JO)

NORTH SHORE UNIVERSITY HOSPITAL,

                          Defendant.
-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      The defendant appears to have complied in full with its obligations under the settlement agreement in this case and the case remains closed. As a result, I will no longer ask the defendant to respond to future letters by the plaintiff, as there is no remaining dispute between the parties arising out of the complaint that brought them before the court. I direct counsel for the defendant to provide a copy of this order to the plaintiff.

      **SO ORDERED.**

Dated:  Brooklyn, New York
          November 2, 2006

                                                   /s/ James Orenstein
                                                   JAMES ORENSTEIN
                                                   U.S. Magistrate Judge